Cheryl C. Bradford, Esq.
Nevada Bar # 9765
WOLFE & WYMAN LLP
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
*ccbradford@wolfewyman.com*

Attorneys for Defendants,
GARDEN STATE FIREWORKS, INC. AND
MGM RESORTS INTERNATIONAL

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TERRIE THOMAS, an individual,<br><br>　　　　Plaintiff,<br> vs.<br><br>GARDEN STATE FIREWORKS, INC., a New Jersey corporation; U.S. TRAVEL ASSOCIATION, a District of Columbia corporation; MGM RESORTS INTERNATIONAL, a Delaware corporation; DOE INDIVIDUALS 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>　　　　Defendants. | CASE NO.:  2:15-cv-00205-MMD-CWH<br><br>**STIPULATION  OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| U.S. TRAVEL ASSOCIATION, a District of Columbia corporation,<br><br>　　　　Cross-Claimant,<br>vs.<br><br>GARDEN STATE FIREWORKS, INC., a New Jersey corporation; DOES 1 through 20, and ROE CORPORATIONS 1 through 10, inclusive.<br><br>　　　　Cross-Defendant. | |

2190684.1

1       IT IS HEREBY STIPULATED by and between Defendant GARDEN STATE
2  FIREWORKS, INC. ("GARDEN STATE"), Defendant MGM RESORTS INTERNATIONAL
3  ("MGM"), Defendant US TRAVEL ASSOCIATION ("US TRAVEL") and Plaintiff TERRIE
4  THOMAS ("Plaintiff"), pursuant to the written settlement agreement between Plaintiff, Defendants
5  and Cross/Defendants entered into on December 29, 2015 ("Settlement Agreement"), that all parties
6  collectively agree to stipulate to dismiss Plaintiff Terrie Thomas' Complaint and all Cross-Claims
7  theretho filed in this matter, including claims and causes of action therein, with prejudice, with each
8  party to bear their own attorney's fees, costs and expenses in the above-captioned action, and
9  therefore the entire action, shall be dismissed with prejudice, pursuant to Rule 41 of the Federal
10 Rules Of Civil Procedure.

11     Plaintiff, Garden State, MGM and US Travel Association agree that the Court shall retain
12 jurisdiction to enforce the Settlement Agreement.  Each party shall bear its, their, his or her own
13 costs and attorneys' fees.

14 DATED:  January 7, 2016.                WOLFE & WYMAN LLP

16                                          By:  /s/ Cheryl C. Bradford
                                                CHERYL B. BRADFORD, ESQ.
17                                              Attorneys for Defendants/Cross-Defendants
                                                **GARDEN STATE FIREWORKS, INC. AND**
18                                              **MGM RESORTS INTERNATIONAL**

20 DATED:  January 7, 2016.                NETTLES LAW FIRM

21                                          By:  /s/ William R. Killip
                                                WILLIAM R. KILLIP, ESQ.
22                                              Attorneys for Plaintiff
                                                **TERRIE THOMAS**

24 DATED: January 7, 2016.                 RAY LEGO & ASSOCIATES

26                                          By:  /s/ Timothy F. Hunter
                                                TIMOTHY F. HUNTER, ESQ.
27                                              Attorney for Defendant/Cross-Defendants
                                                **US TRAVEL ASSOCIATION**

2190684.1

**ORDER**

Pursuant to the Stipulation of Dismissal executed by the parties and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is HEREBY ORDERED, ADJUDGED AND DECREED:

The above-entitled action is dismissed with prejudice;

The Court shall close file.

**IT IS SO ORDERED.**

DATED: 1/8/16

By: /s/ Miranda M. Du
Miranda M. Du
United States District Court Judge